IN THE UNITED STATES COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VICTORIA ROSE DRESSEL, | * |
| *Plaintiff*, | * |
| v. | *   Civil Action No.: 1:19-CV-01556-ELH |
| SAFEWAY, INC., | * |
| *Defendant*. | * |

## ORDER

Upon consideration of Plaintiff's Motion to Reopen Case for Additional Thirty Days, and any response thereto, it is this _____ day of _____, 2021 by the United States District Court for the District of Maryland,

ORDERED, that the motion is granted, and that the time within which this case can reopened under Local Rule 111 is hereby extended to January 4, 2022.

_____
Ellen Lipton Hollander
U.S. District Court Judge

cc:   John B. Stolarz, Esquire
      Jose E. Galvan, Esquire
      James J. Murphy, Esquire